IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA J. DANIELL,

    Plaintiff,

                                          CV 08-1088 CG

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.

## ORDER OF REMAND

**THIS MATTER** is before the Court on the *Order and Judgment* of the Tenth Circuit Court of Appeals (Doc. 31), filed on August 23, 2010, which reversed the judgment of this Court and directed that the case be remanded to the Commissioner for further proceedings.

**IT IS THEREFORE ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Order and Judgment* in *Daniel v. Astrue*, No. 09-2310 (10th Cir. June 29, 1010).

**IT IS SO ORDERED.**

_____
**THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE**